UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSCAR ALFREDO REYES RUIZ,<br><br>                  Petitioner,<br><br>    v.<br><br>MERRICK B. GARLAND,<br><br>                  Respondent. | CASE NO. 2:21-cv-01478-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Respondent's motion to dismiss, Dkt. 8, is **GRANTED**;

    (3)    Petitioner's petition for habeas corpus, Dkt. 5, is **DENIED**; and

\\
\\
\\
\\

ORDER - 1

(4) This case is **DISMISSED without prejudice**.

Dated this 28th day of February, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2